# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**JULIE ANN FEHRENBACHER,**           Civil Action Number
                                      **2:12-cv-02279-RDR-KGS**
    **Plaintiff,**

  vs.

**TRINITY HOPE ASSOCIATES, LLC,**

    **Defendant.**

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff by and through her attorney J. Mark Meinhardt and for her Notice of Settlement, hereby states as follows:

1. The Plaintiff and the Defendant have reached a settlement.

2. The Parties will file a Stipulation of Dismissal with Prejudice with each party to pay their or its own attorney's fees and costs once the settlement documents have been executed by the parties and delivered to all counsel and the Plaintiff has received the settlement funds. The parties expect this to happen within the next sixty (60) days.

Respectfully submitted,

Dated: June 21, 2012      By: s/ J. Mark Meinhardt
                          J. Mark Meinhardt KS # 20245
                          9400 Reeds Road, Suite 210
                          Overland Park, KS 66207
                          Office:     (913) 451-9797
                          Fax:        (913) 451-6163
                          Email:      mark@meinhardtlaw.com
                          **ATTORNEY FOR PLAINTIFF**