IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

---

**JULIE ANN FEHRENBACHER,**            Civil File No. 2:12-cv-02279-RDR-KGS

    **Plaintiff,**

vs.                                                                      NOTICE OF DISMISSAL
                                                                                                 WITH PREJUDICE

**TRINITY HOPE ASSOCIATES, LLC,**

    **Defendant.**

---

      **NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

                                                          Respectfully submitted,

Dated: <u>July 12, 2012</u>                      By: <u>/s/ J. Mark Meinhardt</u>
                                                    J. Mark Meinhardt, # 20245
                                                      9400 Reeds Road, Suite 210
                                                      Overland Park, Kansas 66207
                                                      Telephone:   (913) 451-9797
                                                      Facsimile:    (913) 451-6163
                                                      Email:         <u>Mark@meinhardtlaw.com</u>
                                                      **ATTORNEY FOR PLAINTIFF**